UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING & TRUST CO., ) | Case No. 2:12-cv-01737-GMN-NJK |
| Plaintiff(s), ) | |
| vs. ) | ORDER RE: EXTENSIONS OF DEADLINES |
| PEBBLE CREEK PLAZA, LLC, et al., ) | |
| Defendant(s). ) | |

Pending before the Court is the parties' stipulation to extend discovery deadlines, Docket 32, which the Court is granting. The Court issues this order separately regarding any future requests to extend deadlines established in the discovery plan. "All motions or stipulations to extend a deadline set forth in a discovery plan shall be received no later than twenty-one (21) days *before expiration of the subject deadline*." Local Rule 26-4 (emphasis added). By way of example, a request to extend the deadline for initial expert disclosures must be filed 21 days before *that* deadline is set to expire. A request to extend the deadline for initial expert disclosures filed only 21 days before the discovery cutoff would be untimely.[1] The Court expects the parties to comply with Local Rule 26-4 for any future request to extend any of the deadlines established in the discovery plan.

IT IS SO ORDERED.

DATED: June 18, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] To the extent Docket No. 19 can be construed as inconsistent with this order, Docket No. 19 is vacated.