# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING & TRUST CO., | Case No. 2:12-cv-01737-GMN-NJK |
| Plaintiff(s), | ORDER SETTING HEARING |
| vs. | |
| PEBBLE CREEK PLAZA, LLC, et al., | |
| Defendant(s). | |

Pending before the Court are two motions to compel and a motion to extend discovery. Docket Nos. 45, 47, 52. Those motions are hereby set for a hearing for November 20, 2013, at 10:00 a.m., in Courtroom 3B. IT IS SO ORDERED.

IT IS SO ORDERED.

DATED: November 7, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge