1  Jeremy J. Nork (SBN 4017)
   Frank Z. LaForge (SBN 12246)
2  HOLLAND & HART LLP
   5441 Kietzke Lane, Second Floor
3  Reno, Nevada 89511
   775/ 327-3000
4  775/ 786-6179 – fax
   jnork@hollandhart.com
5  fzlaforge@hollandhart.com

6  Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>PEBBLE CREEK PLAZA, LLC, a Nevada limited liability company, YOEL INY; NOAM SCHWARTZ; YOEL INY, Trustee of the Y&T INY FAMILY TRUST dated June 8, 1994; NOAM SCHWARTZ, Trustee of the NOAM SCHWARTZ TRUST dated August 19, 1999; D.M.S.I., L.L.C., a Nevada limited liability company; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO. 2:12-cv-01737- LRH-NJK<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL AND NOTICE OF APPEARANCE** |

TO:   ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Nicole E. Lovelock is no longer associated with the law firm of Holland & Hart LLP.  Please remove her name from the above-entitled matter.  Please continue to provide notices to the attention of Jeremy J. Nork of the law firm Holland & Hart LLP.

/ / /

PLEASE ALSO TAKE NOTICE that Frank Z. LaForge, of the law firm of Holland & Hart LLP, hereby gives notice of his appearance as counsel of record, along with attorney Jeremy J. Nork, on behalf of Plaintiff Branch Banking and Trust Company, in the above-entitled action.

DATED September 15, 2016.

/s/
Jeremy J. Nork
Frank Z. LaForge
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
775/ 327-3000
775/ 786-6179 – fax

Attorneys for Plaintiff

IT IS SO ORDERED.
Dated:  September 16, 2016

_____
United States Magistrate Judge