AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*              DISTRICT OF   NEVADA

BRANCH BANKING AND
TRUST COMPANY,

      Plaintiff,               JUDGMENT IN A CIVIL CASE
  v.

                                     CASE NUMBER:  2:12-cv-01737-LRH-NJK

PEBBLE CREEK PLAZA
LLC, et al.,

      Defendant(s).

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that plaintiff's motion for attorney's fees and costs (ECF No. 152) is GRANTED.

     **IT IS FURTHER ORDERED** that an award of attorney's fees is entered in favor of Plaintiff Branch Banking and Trust Company and against Defendants Pebble Creek Plaza LLC; Yoel Iny individually and as trustee of the Y&T Iny Family Trust dated June 8, 1994; Noam Schwartz individually and as trustee of the Noam Schwartz Trust dated August 19, 1999; and DMSI LLC in the amount of $219,820.48. An award of non-taxable costs is also entered in favor of Plaintiff and against Defendants in the amount of $12,847.38.

    February 10, 2017                                           **DEBRA K. KEMPI**
                                                                  Clerk

                                                                  /s/ K. Rusin
                                                                  Deputy Clerk