BART K. LARSEN, ESQ.
Nevada Bar No. 008538
E. DANIEL KIDD, ESQ.
Nevada Bar No. 010106
KOLESAR & LEATHAM
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: blarsen@klnevada.com
dkidd@klnevada.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PEBBLE CREEK PLAZA, LLC, a Nevada limited liability company, YOEL INY; NOAM SCHWARTZ; YOEL INY, Trustee of the Y&T INY FAMILY TRUST dated June 8, 1994; NOAM SCHWARTZ, Trustee of the NOAM SCHWARTZ TRUST dated August 19, 1999; D.M.S.I., L.L.C., a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:12-cv-1737-LRH-NJK |

## NOTICE OF DISASSOCIATION OF E. DANIEL KIDD AS ATTORNEY FOR DEFENDANTS

Notice is hereby given that this Notice of Disassociation is being submitted to inform the Court, parties, and counsel that E. Daniel Kidd, Esq. is no longer associated as counsel for the

1 Defendants in this action. Accordingly, the undersigned respectfully requests that the Clerk
2 remove his name as counsel for Defendants. BART K. LARSEN, ESQ. of Kolesar & Leatham
3 shall remain counsel of record for Defendants in this matter.

4 DATED this ___ day of July, 2017.

KOLESAR & LEATHAM

By _____
E. DANIEL KIDD, ESQ.
Nevada Bar No. 010106
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for Defendants

IT IS SO ORDERED.
Dated: July 11, 2017

_____
United States Magistrate Judge